# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CHRISTOPHER ALLEN HUTCHERSON**                                   **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 4:12-cv-26-MPM-JMV**

**LORENZO CABE, et al.**                                                     **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation [26] of the United States Magistrate Judge dated January 29, 2014, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated January 29, 2014, is hereby approved and adopted as the opinion of the court.

2. That Defendant Boswell Pharmacy's Motion for Summary Judgment [22] is GRANTED, and Plaintiff's claims against said Defendant are **DISMISSED** with prejudice.

**THIS**, the 3rd day of February, 2014.

                                                        **/s/ MICHAEL P. MILLS**
                                                        **CHIEF JUDGE**
                                                        **UNITED STATES DISTRICT COURT**
                                                        **NORTHERN DISTRICT OF MISSISSIPPI**