IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHRISTOPHER ALLEN HUTCHERSON**                                **PLAINTIFF**

**v.**                                                          **No. 4:12CV26-MPM-JMV**

**LORENZO CABE, ET AL.**                                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the motion [33] by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects.

**SO ORDERED**, this, the 24th day of October, 2014.

>              **/s/ MICHAEL P. MILLS**
>              **UNITED STATES DISTRICT JUDGE**
>              **NORTHERN DISTRICT OF MISSISSIPPI**